# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Gregory Keith Creary            Docket No. 5:11-CR-52-2BO

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gregory Keith Creary, who, upon an earlier plea of guilty to Possession of a Stolen Firearm and Ammunition and Aiding and Abetting, 18 U.S.C. §§ 922(j), 924(a)(2), and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 11, 2013, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court.

Gregory Keith Creary was released from custody on April 4, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Based on the defendants significant drug history and multiple mental health diagnoses (moderate retardation, schizophrenia, major depression, and cognitive disorder/antisocial behavior) the probation office is recommending he be allowed to participate in both substance abuse and mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Gregory Keith Creary
Docket No. 5:11-CR-52-2BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Maurice J. Foy
Maurice J. Foy
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: April 17, 2014

ORDER OF COURT

Considered and ordered this 17 day of April, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge